UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| QX LOGISTIX, LLC,<br><br>   Petitioner,<br><br>vs.<br><br>The UNITED STATES SMALL<br>BUSINESS ADMINISTRATION and<br>KELLY LOEFFLER, in her<br>official capacity as Administrator of the<br>United States Small Business Administration<br><br>   Respondents. | Case No. 1:25-CV-00090-MN |

## **PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

  QX Logistix, LLC ("QX" or "Petitioner") moves for summary judgment on its claims against the United States Small Business Administration and Kelly Loeffler under Federal Rule of Civil Procedure 56. For the reasons outlined in the attached Concise Statement of Facts and Brief in Support of this Motion, "there is no genuine dispute as to any material fact and [QX] is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). QX therefore requests judgment in its favor.

DATED: August 22, 2025

ARMSTRONG TEASDALE LLP

By: */s/ Jonathan M. Stemerman*
Jonathan M. Stemerman (No. 4510)
1007 North Market Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9667
Email: jstemerman@atllp.com

Angela B. Kennedy (*pro hac vice*)
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Email: akennedy@atllp.com

*Attorneys for Petitioner QX Logistics, LLC*