**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| QX LOGISTIX, LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| The UNITED STATES SMALL | ) Case No. 1:25-CV-00090-MN |
| BUSINESS ADMINISTRATION and | ) |
| KELLY LOEFFLER, in her | ) |
| official capacity as Administrator of the | ) |
| United States Small Business Administration | ) |
| | ) |
| Respondents. | ) |

**[PROPOSED] ORDER GRANTING PETITIONER'S**
**MOTION FOR SUMMARY JUDGMENT**

AND NOW, this ____, day of _____, 2025, upon consideration of Petitioner QX Logistix, LLC's Motion to Summary Judgement (the "Motion"), and any opposition thereto, it is hereby ORDERED that:

1. The Moton is GRANTED.

2. Judgement is GRANTED in Petitioner's favor and against Respondents on all Counts.

 

                                                                                  _____

                                                                                   Judge Maryellen Noreika