IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QX LOGISTIX, LLC, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THE UNITED STATES SMALL )<br>BUSINESS ADMINISTRATION and )<br>KELLY LOEFFLER, in her official capacity )<br>as acting administrator of the Untied States )<br>Small Business Administration, )<br>)<br>Respondents. ) | C.A. No. 25-90 (MN) |

## ORDER

At Wilmington, this 12th day of March, 2026;

WHEREAS, before the Court are Plaintiff's objections (D.I. 60) to Magistrate Judge Hatcher's January 21, 2026 Report and Recommendation (D.I. 59) ("the Report"), which recommended granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment;

WHEREAS, Plaintiff asserts no fewer than ten objections to the sixteen-page Report, almost all of which represent a misreading of or disagreement with the Report's conclusions;

WHEREAS, the Court has reviewed the Report (D.I. 59), Plaintiff's objections (D.I. 60) and Defendant's response (D.I. 61), and has considered *de novo* the objected-to portions of the Report, the relevant portions of the motions for summary judgment and supporting documentation as well as the responses and replies thereto (D.I. 52-57), and the Court has also afforded reasoned consideration to any unobjected-to portions of the Report. *EEOC v. City of Long Branch*, 866 F.3d 93, 99-100 (3d Cir. 2017); and

1

WHEREAS, having done so, the Court agrees with the careful and thorough reasoning of Report.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's objections are overruled and the Report and Recommendation (D.I. 59) is ADOPTED. Plaintiff's motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge